# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bodies Outside of Unjust Laws, et al.

                                                Plaintiff,

v.                                                                                            Case No.: 1:24−cv−03563
                                                                                              Honorable Thomas M. Durkin

City of Chicago, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: In court hearing held on 6/26/2024. The parties are to email the Courtroom Deputy a proposed briefing schedule on the constitutionality of the Security Footprint Ordinance due by the end of the day. Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.