# Exhibit R

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BODIES OUTSIDE OF UNJUST LAWS: COALITION FOR REPRODUCTIVE JUSTICE & LGBTQ+ LIBERATION, ANDREW THAYER, KRISTI KEORKUNIAN, and LINDA LOEW, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, TOM CARNEY in his official capacity as Commissioner of the Chicago Department of Transportation, and LARRY SNELLING, in his official capacity as Superintendent of the Chicago Police Department, <br><br> Defendants. | No. 24-cv-3563 <br><br> Hon. Thomas M. Durkin |

## DECLARATION OF ANDREW THAYER

I, Andrew Thayer, hereby declare as follows:

1. My name is Andrew Thayer. I am a resident of Chicago, Illinois and a plaintiff in this action.

2. I make this Declaration based on personal knowledge, and I am competent to testify regarding the following facts.

3. I regularly organize and participate in protests, marches, and assemblies.

4. In addition to Bodies Outside of Unjust Law's march scheduled for August 18, 2024, I intend to participate in one or more marches or demonstrations against the Democratic National Convention (DNC) from August 19 to August 21, 2024, in the vicinity of the United Center.

5. When I participate in protests, I typically bring certain items with me. I intend to bring some of those items to any protests I attend near the United Center during the DNC, including the following:

    a. Pen,

    b. House keys,

    c. Phone,

    d. Portable phone charger, and

    e. Protest buttons.

6. I may also bring other items, depending on the weather, how I am feeling, or other activities I have planned for the day.

7. I do not know which, if any, of the items I bring might be prohibited by Chicago Ordinance 2024-0008373 (the "Footprint Ordinance").

8. For example, I do not know if the bar on "pointed objects" includes protest buttons that attach with a pin in the back.

9. Moreover, I do not know what items may later be "[d]etermined by the Chicago Superintendent of Police, in consultation with the United States Secret Service and the Chicago Office of Emergency Management and Communications, to be [p]otential [s]afety [h]azards."

10. Because the Footprint Ordinance is unclear, I do not know how to ensure that I comply with it when I engage in protests against the DNC near the United Center.

I declare under penalty of perjury that the foregoing is true and correct.

July 12, 2024

_____
Andrew Thayer