# Exhibit T

<pre>
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
</pre>

| | |
|---|---|
| BODIES OUTSIDE OF UNJUST LAWS: COALITION FOR REPRODUCTIVE JUSTICE & LGBTQ+ LIBERATION, ANDREW THAYER, KRISTI KEORKUNIAN, and LINDA LOEW, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, TOM CARNEY in his official capacity as Commissioner of the Chicago Department of Transportation, and LARRY SNELLING, in his official capacity as Superintendent of the Chicago Police Department, <br><br> Defendants. | No. 24-cv-3563 <br><br> Hon. Thomas M. Durkin |

## DECLARATION OF LINDA LOEW

I, Linda Loew, hereby declare as follows:

1. My name is Linda Loew. I am a resident of Chicago, Illinois and a plaintiff in this action.

2. I make this Declaration based on personal knowledge, and I am competent to testify regarding the following facts.

3. I regularly organize and participate in protests, marches, and assemblies.

4. In addition to Bodies Outside of Unjust Law's march scheduled for August 18, 2024, I intend to participate in one or more marches or demonstrations against the Democratic National Convention (DNC) from August 19 to August 21, 2024, in the vicinity of the United Center.

5. When I participate in protests, I typically bring certain items with me. I intend to bring some of those items to any protests I attend near the United Center during the DNC, including the following:

   a. Pens,

   b. Plastic water bottle,

   c. Sunscreen,

   d. Hand sanitizer,

   e. Umbrella,

   f. House keys,

   g. Phone,

   h. Portable phone charger,

   i. Protest buttons.

6. I may also bring other items, depending on the weather, how I am feeling, or other activities I have planned for the day.

7. I do not know which, if any, of the items I bring might be prohibited by Chicago Ordinance 2024-0008373 (the "Footprint Ordinance").

8. For example, I do not know if the bar on "pointed objects" includes pens or protest buttons that attach with a pin in the back.

9. Moreover, I do not know what items may later be "[d]etermined by the Chicago Superintendent of Police, in consultation with the United States Secret Service and the Chicago Office of Emergency Management and Communications, to be [p]otential [s]afety [h]azards."

10. For example, I know that "[u]mbrellas with metal tips" are currently prohibited, but I do not know if the Superintendent might later determine that all umbrellas are potential safety hazards.

11. Because the Footprint Ordinance is unclear, I do not know how to ensure that I comply with it when I engage in protests against the DNC near the United Center.

I declare under penalty of perjury that the foregoing is true and correct.

July 12. 2024

Linda Loew