**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BODIES OUTSIDE OF UNJUST LAWS: COALITION FOR REPRODUCTIVE JUSTICE & LGBTQ+ LIBERATION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 24-cv-3563 |
| v. | ) ) | Hon. Thomas M. Durkin |
| CITY OF CHICAGO, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STIPULATION OF PARTIAL DISMISSAL**

The parties, through their respective attorneys, hereby stipulate that Count I of the

Plaintiffs' Verified Complaint (Dkt. 1) has been fully resolved pursuant to a settlement

agreement, and that Count I should be dismissed with prejudice.

Dated: August 6, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Rebecca K. Glenberg* | MARY B. RICHARDSON-LOWRY, |
| REBECCA K. GLENBERG | Corporation Counsel for |
| KEVIN M. FEE, JR. | the City of Chicago |
| Roger Baldwin Foundation of ACLU, Inc. | |
| 150 N. Michigan Ave., Ste. 600 | */s/ Andrew Worseck* |
| Chicago, IL 60601 | ANDREW W. WORSECK |
| 312-201-9740 | ELLEN W. MCLAUGHLIN |
| rglenberg@aclu-il.org | KATHERINE ROSE LAMB |
| kfee@aclu-il.org | City of Chicago, Department of Law |
| | 2 North Lasalle Street, Suite 520 |
| *Attorneys for Plaintiffs* | Chicago, Illinois 60602 |
| | (312) 744-7129 / 2-5147 / 2-0797 |
| | andrew.worseck@cityofchicago.org |
| | ellen.mclaughlin@cityofchicago.org |
| | katherine.lamb@cityofchicago.org |
| | |
| | *Attorneys for City Defendants* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BODIES OUTSIDE OF UNJUST LAWS: | ) | |
| COALITION FOR REPRODUCTIVE JUSTICE & | ) | |
| LGBTQ+ LIBERATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 24-cv-3563 |
| | ) | |
| v. | ) | Hon. Thomas M. Durkin |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

By stipulation of the parties and for good cause shown, **it is hereby ORDERED that**

Count I of the Plaintiffs' Verified Complaint is dismissed with prejudice.

Dated: _____            _____

Thomas M. Durkin
United States District Judge