# Proposed Route

Proposed Route 1



Jane M. Byrne Plaza



Proposed Route 1



John Alexander Logan Monument

