

# APPLICATION ONLY – NOT A PERMIT
## Application for a Parade Using the Public Way

Application Must Be Submitted 15 Business Days Before Event

Deliver in person or by certified mail to:
CITY OF CHICAGO - DEPARTMENT OF TRANSPORTATION
ATTN: PUBLIC WAY PERMIT OFFICE
CITY HALL, ROOM 905
121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

DATE: January 2, 2024

APPLICATION NO.: 24-218    APPLICATION FEE: $50.00    CK# 507

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1. Name of Parade: **Bodies Outside of Unjust Laws**

   Traditional Parade as defined by section 10-8-330?   ( ) Yes   ( X ) No

2. Requested Date for Parade: Sunday, August 18, 2024

3. Sponsoring Organization (or Individual): Bodies Outside of Unjust Laws: Coalition for Reproductive Justice and LGBTQ+ Liberation

   Address: c/o Thayer, 4835 N Kenmore Ave Apt 2, Chicago, IL 60640

   24-Hour Contact Number: 773-209-1187

   Organization's Leader(s)/Representative(s): Andy Thayer

4. Name of Parade Organizer/ Applicant: Andy Thayer

   Address: 4835 N Kenmore Ave Apt 2, Chicago, IL 60640

   Email Address: LGBTliberation@aol.com    Fax Number:

   24-Hour Contact Number: 773-209-1187

5. Time Parade will start: 6 pm

   Estimated time Parade will end*: 8:15 pm

   * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6. Time Parade will begin to assemble: 5 pm

   Time Parade will begin to disband: 9 pm

7. Location and exact street address of assembly area: Water Tower Park, 180 E. Pearson Street, Chicago.

   Location and exact street address of disbanding area: Sidewalk in front of General John Logan statue, 901 S. Michigan Avenue, Chicago.

   Permit obtained from property owner to use assembly/disbanding area?

   ( ) Yes     ( ) No     ( X ) Not Applicable

8. Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy): East on Pearson Street (all lanes) to Michigan Avenue. South on Michigan Avenue in all southbound lanes of traffic to Wacker Drive. West on Wacker Drive in all westbound lanes of traffic to State Street. South on State Street in all southbound lanes of traffic past ABC 7 studios to Adams Street. East on Adams Street in all lanes of traffic to Michigan Avenue. South on Michigan Avenue in all southbound lanes past the Art Institute and Hilton Hotel to 9th Street, crossing the northbound lanes of Michigan Ave at 9th Street to end at 901 S. Michigan Avenue.

9. Estimated Number of Participants: 1000-3000 people

   Basis for this estimate: Previous experience organizing events of this nature.

10. Number of units participating in the parade:

    Floats: 0

    Vehicles: 2

    Marching Groups: The group will march as one mass, not separate groups.

11. Will animals participate in the parade? ( ) Yes ( X ) No (unless brought as service animals by Participants)

    If so, what type of animals and how many?*

    *Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person: Bigfoot and Liberty 2 sound systems by Anchor Audio. A 30' x 3' banner, four 10' x 4' banners, plus numerous banners of similar sizes brought by participants that it is impossible to predict.

13. Ward(s) involved: Wards 2, 4 and 42.

Page 2 of 3                                                                 Revised 2/2012

## TERMS AND CONDITIONS

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: _[signed]_  Date: 1/2/2024

Printed Name: Andy Thayer

Title/Position(if any): ____

Telephone number: 773.209.1187    E-Mail Address: LGBTliberation@aol.com

Page 3 of 3                Revised 2/2012