# Amended Proposed Route

Proposed Route 2



Jane M. Byrne Plaza



Proposed Route 2



John Alexander Logan Monument

