

# Chicago Department of Transportation

## City of Chicago

January 16, 2024

Bodies Outside of Unjust Laws: Coalition for Reproductive Justice and LGBTQ+ Liberation
C/O Andy Thayer
4836 N. Kenmore Ave., #2
Chicago, IL 60640

Dear Mr. Thayer,

Pursuant to subsection 10-8-330 (g) of the Municipal Code of Chicago ("Code"), your application dated January 2, 2024, for a parade on August 18, 2024, is denied for the following reasons:

1. Under section 10-8-330(g)(1) of the Code, the Commissioner finds that the proposed parade will substantially and unnecessarily interfere with traffic in the area contiguous to the activity, and there are not available at the time of the proposed parade sufficient city resources to mitigate the disruption.

2. Under section 10-8-330(g)(2) of the Code, the Commissioner finds that there are not available at the time of the parade a sufficient number of on-duty police officers, or other city employees, authorized to regulate traffic, to police the public, and to protect parade participants and non-participants from traffic-related hazards because of the other requirements for police protection during the time of the proposed parade.

The Commissioner's decision is based on a number of factors, including, but not limited to the following: on the week in question, Chicago will host the 2024 Democratic National Convention (DNC), a large presidential nominating convention that will involve the attendance of delegates from all 50 states, the District of Columbia, and U.S. territories. Additionally, many high-level protectees, including President Biden, and other political leaders will attend the convention. Motorcades for DNC attendees will create significant traffic impediments and safety issues that will not permit the proposed parade route to occur. Moreover, the proposed parade route winds through the city center on a day many attendees are expected to arrive and would create significant traffic concerns and a drain on existing police resources. Movement of up to 50,000 delegates, staff, public officials, and high-level protectees from various locations, including the city center, to McCormick Place and the United Center (the sites of the event) and the associated entry to the event sites on this date will require heightened security, traffic

rerouting, and security checkpoints and will demand large numbers of police and other city resources. In addition to covering the entire downtown area, including the hotel zone and business district, and routing of traffic near and to McCormick Place and the United Center, police and other city resources will also be required to provide protection and services to the rest of the city. Thus, sufficient city resources are not available to mitigate the traffic disruption that would be caused by the proposed parade, or to police and protect parade participants and non-participants in light of these other demands. Although your application for a parade is denied as to the precise terms of your January 8th, 2024, application, pursuant to Section 10-8-330(k) of the Municipal Code, your group is authorized to conduct a parade under the following conditions:

Date: August 18, 2024
Assembly time: 5:00pm
Step-off time: 6:00pm
Disband time: 8:15pm
Assembly area: Assemble on Columbus DR north of Roosevelt Rd.
Disbanding area: Jackson Dr between Michigan and Columbus.
Route: Proceed north along Columbus Drive from Roosevelt Rd ending at Jackson Dr

Pursuant to Section 10-8-330(o)(2) of the Municipal Code, "Where the parade permit was limited to the sidewalk or one lane of traffic based on the estimated number of parade participants and parade units and in the event that the number of participants in attendance exceeds anticipated levels, members of the police department are authorized to make reasonable accommodations to increase the portion of the right of way made available in order to preserve public health and safety. Alternatively, where the number or size of parade participants or parade units participating are substantially less than expected, members of the police department are authorized to limit the available portion of the public way, where one lane of traffic or the sidewalk is capable of accommodating the number of participants and parade units present."

This alternate permit only authorizes the use of the public way. To the extent your proposed event may desire to utilize the property of the Chicago Park District, another governmental entity, or a private owner, authorization of such locations must be sought directly from the affected entity.

If you wish to accept this alternate parade permit subject to the above indicated specifications, Section 10-8-330(k) of the Municipal Code requires that you file a written notice of acceptance with the Commissioner of the City of Chicago Department of Transportation, Public Way Permit Office, 121 N. La Salle Street, Room 905, Chicago, Illinois, 60602 or email address CDOTPermitsupport@cityofchicago.org, within 5 business days of the date of this notification. Failure to provide such notice within the time provided will result in the authorization for the alternate parade permit being rescinded.

On January 8, 2024, the Department of Transportation also received your amended or duplicate application for the same parade. Therefore, please consider this letter responsive to that duplicate application or amendment as well.

The Department of Transportation reserves the right to modify or condition any issued parade permit in light of developing circumstances and information surrounding the DNC, including circumstances outside of the City of Chicago's control, such as the logistical or security needs or plans connected with the DNC.

If you believe your application is being wrongfully denied, you may appeal this decision by filing and appeal with the Department of Administrative Hearings. Your appeal should be filed with the Director of the Department of Administrative Hearings, 740 N. Sedgwick Street, 6th Floor, Chicago, Illinois 60654. If no appeal is filed with the Department of Administrative Hearings within five business days of notice of this decision, this decision shall be deemed final.

If you have any questions regarding this letter, you may contact Bryan Gallardo at 312-744-4652

Sincerely,

*[signature]*

Bryan Gallardo
Assistant Commissioner
Public Way Permit Office
CDOT Division of Infrastructure Management

CC:	Chief Devries
	Deputy Chief Stevens
	Cmdr. Harris
	Cmdr. Barz
	J. Kalayil
	M. Imparato
	T. Carney
	A. Owens
	J. Tirado
	C. Pettineo
	M. Peterson
	T. Doran
	M. Siegel
	C. Hake

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL 60604
JAN 17, 2024
$8.56
R2304H107675-08

60640

Retail

RDC 99

CERTIFIED MAIL

7017 1450 0000 7649 1518

Bodies Outside of Unjust Laws
4835 N. Kenmore Ave APT 2
c/o Andy Thayer
Chicago, IL 60640

60640-372702

CITY OF CHICAGO
DEPARTMENT OF TRANSPORTATION
DIVISION OF INFRASTRUCTURE MANAGEMENT
DRIVEWAY SECTION
CITY HALL, ROOM 905
121 NORTH LASALLE STREET
CHICAGO, IL 60602

RETURN RECEIPT REQUESTED