# Alternate Route

City's Proposed Route



City Alternative Route Assembly Area



City Alternative Route



City Alternative Disbanding Area

