## O R D I N A N C E

**WHEREAS**, the City of Chicago ("City") is a home rule unit of government under Article VII, Section 6(a) of the 1970 Constitution of the State of Illinois (the "State") and, as such, may exercise any power and perform any function pertaining to its government and affairs, including, but not limited to, the power to regulate for the protection of the public health, safety, and welfare; and

**WHEREAS**, the City was selected to host the 2024 Democratic National Convention (the "Convention"), which is currently scheduled to take place from August 19, 2024 to August 24, 2024; and

**WHEREAS**, historical data from previous host cities indicates that the Convention is expected to attract approximately 50,000 visitors to the City, including delegates, media, and interested persons; and

**WHEREAS**, the City recognizes the compelling need to facilitate safety and order during the Convention to accommodate both Convention-related activities and the interests of persons not participating in the Convention-related activities; and

**WHEREAS,** it is appropriate for the City to prepare, plan, and coordinate in advance with local, State, and federal law enforcement agencies and other public and private entities to successfully host the Convention; now, therefore,

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF CHICAGO:**

**SECTION I.** *Definitions.*

The following definitions shall apply for purposes of this ordinance:

"City" means the City of Chicago.

"Convention" means the 2024 Presidential Nomination Convention of the Democratic National Party scheduled to be held on August 19, 2024 through August 24, 2024.

"Convention Period" means the time period commencing at 12:01 a.m. Central Daylight Time on Saturday, August 17, 2024 and extending until 12:01 a.m. Central Daylight Time on Monday, August 26, 2024.

"Designee" means a City official or employee designated by the Mayor in writing to negotiate and execute agreements with public or private entities as specified in subsection (1) of SECTION III of this ordinance.

"Municipal Code" means the Municipal Code of Chicago.

"Security Footprint" means the boundaries of the area designated by the Chicago Superintendent of Police, in consultation with the United States Secret Service and the Chicago Office of Emergency Management and Communications, for the Convention and Convention-related activities.

**SECTION II.** *Security Footprint regulations.*

(1)　The Chicago Superintendent of Police, in consultation with the United States Secret Service and the Chicago Office of Emergency Management and Communications, is authorized to designate, and mark as necessary, the boundaries of the Security Footprint. The boundaries of the Security Footprint shall be publicized on the Chicago Police Department's website to the extent feasible.

(2)　During the Convention Period, it shall be unlawful for any person, other than governmental employees in the performance of their duties, or persons duly issued a permit that specifically authorizes the activities specified in this subsection, to do any of the following in the Security Footprint:

(i) push, pull or transport any vehicle, cart, or float;

(ii) throw any item;

(iii) possess, carry, control, or have immediate access to any item that poses potential safety hazards, as determined by Chicago Superintendent of Police, in consultation with the United States Secret Service and the Chicago Office of Emergency Management and Communications, including, but not limited to, any item listed in Exhibit A to this Ordinance, which is incorporated into and made an integral part of this Ordinance.

(iv) except as otherwise provided in subsection (c) of Section 10-36-400 of the Municipal Code, operate any small unmanned aircraft. For purposes of this subsection (2)(iv) of SECTION II, the terms "operate" and "small unmanned aircraft" have the meanings ascribed to these terms in Section 10-36-400 of the Municipal Code. Any person who violates this subsection (2)(iv) of SECTION II shall be subject to the penalty set forth in subsection (d) of Section 10-36-400 of the Municipal Code.

(3)　Except as otherwise provided in this ordinance, any person who violates subsection 2 of Section II of this ordinance shall be fined not less than $100 nor more than $500 or imprisoned for a period of not less than ten days nor more than six months, or both, for each offense.

**SECTION III.** *Transaction authority.*

(1)　The Mayor or his designees are authorized to negotiate and execute agreements with public and private entities for goods, work, services or interests in real property, or for providing grants of duly appropriated funds, personal property or services, regarding the planning, security, logistics, and other aspects of hosting the Convention, on such terms and conditions as the Mayor or such designees deem appropriate and which terms may provide for indemnification by the City, and to provide such assurances, execute such other documents and take such other actions, on behalf of the City, as may be necessary or desirable to host the Convention. All such agreements shall be subject to the approval of the Corporation Counsel as to form and legality.

(2)　Notwithstanding anything to the contrary contained in the Municipal Code or any other ordinance or mayoral executive order, no parties to agreements entered into with the City pursuant to this Section III shall be required to provide to the City the document commonly

known as the "Economic Disclosure Statement and Affidavit" (or any successor to such document) in connection with such agreements.

(3) Except as otherwise provided in subsection (1) of this section, notwithstanding anything to the contrary contained in the Municipal Code or any other ordinance or mayoral executive order, agreements entered into with the City pursuant to this Section III may contain such terms as the Corporation Counsel determines to be necessary for entering into such agreements but need not contain provisions imposed by City ordinances or State law, unless such provisions are mandated by State law and preempt the City's home rule authority, or mandated by federal law.

(4) The Mayor or his designees may enter into an agreement as provided in subsection (1) of this Section only after making a determination that: (i) there is no existing contract awarded by the City to a vendor that can be used to procure the needed goods, work, services or interests in real property; or (ii) an existing contract awarded by the City to a vendor is not sufficient to procure the needed goods, work, services or interests in real property.

(5) Except when the minimum commercially available term for any agreement entered into pursuant to this Section III extends beyond September 30, 2024, no agreement entered into pursuant to this Section III may contemplate the provision of goods, work, services or interests in real property beyond September 30, 2024, unless there is separate authority for the agreement.

**SECTION IV.** This ordinance shall take effect 10 days after its passage and publication. This ordinance shall expire of its own accord, without further action of the City Council, on September 30, 2024.

**Exhibit A**

Items prohibited in the Security Footprint during the Convention:

- Laptops, Tripods, Monopods, and Selfie Sticks
  *If an invited guest arrives with a tablet, they will be redirected to the X-ray line for screening and then permitted entry with the tablet.

- Large Bags and Suitcases exceeding size restrictions (18" x 13" x 7")

- Sealed packages

- Drones and other Unmanned Aircraft Systems

- Animals other than service/guide dogs

- Bicycles, Scooters, Folding Chairs, Balloons, Coolers

- Glass, Thermal, or Metal Containers

- Umbrellas with metal tips

- Any pointed object(s), including knives of any kind

- Aerosols, Tobacco Products, e-Cigarettes, Lighters, Matches

- Firearms, Ammunition, Fireworks, Laser Pointers, Stun Guns, Tasers, Mace/Pepper Spray, Toy Weapons

- Tents and Structures

- Any Other Items Determined by Chicago Superintendent of Police, in consultation with the United States Secret Service and the Chicago Office of Emergency Management and Communications, to be Potential Safety Hazards.