UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODIES OUTSIDE OF UNJUST LAWS: COALITION FOR REPRODUCTIVE JUSTICE & LGBTQ+ LIBERATION, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) No. 24-cv-3563 ) |
| v. | ) Hon. Thomas M. Durkin ) |
| CITY OF CHICAGO, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## JOINT STATUS REPORT

The parties have conferred. Plaintiffs do not intend to file an amended complaint and will proceed on their challenge to the Indemnification, Hold Harmless, and Reimbursement Provisions of Defendants' ordinance. The parties propose the following schedule:

1. To provide Defendants' counsel time to explain the Court's September 29, 2025, Memorandum Opinion and Order to Defendants and discuss next steps with them, the Defendants' Answer to the Amended Complaint shall be filed by December 12, 2025; and

2. The parties will meet for a Rule 26(f) discovery conference by January 9, 2026; and

3. The parties will submit a status report including a proposed discovery plan and dates for dispositive motions by January 16, 2026.

Dated: October 29, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Rebecca K. Glenberg*<br>REBECCA K. GLENBERG<br>KEVIN M. FEE, JR.<br>Roger Baldwin Foundation of ACLU, Inc.<br>150 N. Michigan Ave., Ste. 600<br>Chicago, IL 60601<br>312-201-9740<br>rglenberg@aclu-il.org<br>kfee@aclu-il.org<br><br>*Attorneys for Plaintiffs* | MARY B. RICHARDSON-LOWRY,<br>Corporation Counsel for<br>the City of Chicago<br><br>*/s/ Ellen W. McLaughlin*<br>ANDREW W. WORSECK<br>ELLEN W. MCLAUGHLIN<br>KATHERINE ROSE LAMB<br>City of Chicago, Department of Law<br>2 North Lasalle Street, Suite 520<br>Chicago, Illinois 60602<br>(312) 744-7129 / 2-5147 / 2-0797<br>andrew.worseck@cityofchicago.org<br>ellen.mclaughlin@cityofchicago.org<br>katherine.lamb@cityofchicago.org<br><br>*Attorneys for City Defendants* |