# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Bodies Outside of Unjust Laws, et al.

                              Plaintiff,

v.                                                    Case No.: 1:24−cv−03563
                                                            Honorable Thomas M. Durkin

City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court adopts the following agreed schedule. Defendants' Answer to the Amended Complaint is due by 12/12/2025. Rule 26(f) discovery conference to be held by 1/9/2026. A joint status report including a proposed discovery plan and dates for dispositive motions is due by 1/16/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.